UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ SINGH, | No. 2:15-cv-0997 MCE AC (PS) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action in pro per, and in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. This proceeding was referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

In the order granting plaintiff IFP status, plaintiff was ordered to file a statement with the court showing that he had submitted the required service documents to the U.S. Marshal. <u>See</u> ECF No. 3. Plaintiff has not done so, and the docket shows no activity since that order was issued on May 13, 2015.

Good cause appearing, IT IS ORDERED that:

1. The Initial Scheduling Conference, now set for October 28, 2015, is VACATED; and

////

////

////

1

2. Plaintiff shall Show Cause, in writing, no later than October 28, 2015 at 4:30 p.m., why this action should not be dismissed for lack of prosecution.

DATED: October 15, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE