UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ SINGH, | No. 2:15-cv-0997 MCE AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action in pro per, and in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. This proceeding was referred to the undersigned by E.D. Cal. R. 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On October 16, 2015, the court issued an Order To Show Cause ("OSC") why this action should not be dismissed for lack of prosecution. ECF No. 7.

Plaintiff timely responded to the OSC, asserting that he was unaware of the court's May 13, 2015 order (ECF No. 3), directing him to supply the U.S. Marshal with "all information needed by the Marshal to effect service of process," and to "<u>file a statement with the court that said documents have been submitted to the United States Marshal</u>." See ECF No. 8. The OSC will therefore be discharged.

Plaintiff must, however, comply with the May 13, 2015 order no later than 15 days from the date of this order. Failure to comply in a timely manner will result in a recommendation that this action be dismissed for lack of prosecution.

1

Plaintiff is advised that the response he filed on October 27, 2015 (ECF No. 8) – asserting only that he has asked the U.S. Marshal to serve the complaint – does not comply with the May 13, 2015 order.  Instead, plaintiff must timely ***submit all required documents to the U.S. Marshal***, as set forth at ECF No. 3 ¶ 5, and must ***timely file a statement with this court that he has submitted all of those documents to the U.S. Marshal***.

Good cause appearing, IT IS ORDERED that:

1. The OSC (ECF No. 7), is DISCHARGED; and

2. Plaintiff shall comply with the May 13, 2015 order (ECF No. 3), no later than 15 days from the date of this order.

DATED: October 28, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2