UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ SINGH and KAREN SINGH a/k/a KIRAN RAWAT,<br><br>                Plaintiffs,<br><br>        v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>                Defendants. | No.  2:15-cv-0997 MCE AC (PS)<br><br><br>ORDER |

   Plaintiffs, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge by Local Rule 302(c)(21).

   On March 16, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 27.  Neither party has filed objections to the findings and recommendations.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed March 16, 2016 (ECF No. 27), are adopted in full;

1

    2. Defendant's Motion to Dismiss (ECF No. 15), is denied in its entirety;

    3. Plaintiff's Request to Enter Default and Default Judgment (ECF No. 17), is denied.

Dated: May 5, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE