1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | RAJ SINGH, and KAREN SINGH a/k/a         No. 2:15-cv-0997 MCE AC (PS)
   | KIRAN RAWAT,
12 |
   |          Plaintiffs,
13 |                                          <u>ORDER</u>
   |     v.
14 |
   | CITY OF SACRAMENTO, et al.,
15 |
   |          Defendants.
16

17
     Plaintiffs Raj Singh and Karen Singh a/k/a Kiran Rawat are proceeding pro per in this
18
action and in forma pauperis.  This proceeding was referred to the undersigned by E.D. Cal.
19
R. 302(c)(21).  The Initial Status Conference is scheduled to proceed on August 17, 2017.  <u>See</u>
20
ECF No. 31.  Defendant has filed its Status Report.
21
     Plaintiffs have not filed their Status Report, although they were ordered to do so in the
22
court's May 13, 2015 Order Setting Status Conference.  <u>See</u> ECF No. 5 ¶ 5.  The court will
23
accordingly continue the status conference to give plaintiffs another opportunity to file their
24
Status Report.
25
     Therefore, IT IS HEREBY ORDERED that:
26
    1.  The August 17, 2017 Initial Status Conference is CONTINUED to August 31, 2016;
27
    2.  Plaintiffs' Status Report must be filed by August 17, 2016 at 3:30 p.m.  The Status
28

1

1  Report must contain the information set forth in the court's May 13, 2015 Order Setting Status
2  Conference.  <u>See</u> ECF No. 5 ¶ 5.
3      3.  Plaintiffs are cautioned that any additional failure on their part to comply with the
4  court's orders or the Local Rules, or to fully participate in this case, may result in a
5  recommendation that this action be dismissed.
6  DATED: August 12, 2016

                                             */s/ Allison Claire*
                                           ALLISON CLAIRE
                                           UNITED STATES MAGISTRATE JUDGE