1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAJ SINGH and KAREN SINGH a/k/a           No.  2:15-cv-0997 MCE AC (PS)
     KIRAN RAWAT,
12
                    Plaintiffs,
13                                             ORDER RE: CONSENT
                 v.
14
     CITY OF SACRAMENTO, et al.,
15
                    Defendants.
16

17

18          All parties in the above-captioned case who have appeared, have consented to the

19   jurisdiction of the magistrate judge for all further proceedings, including trial and entry of

20   judgment.  ECF Nos. 24, 36; <u>see</u> 28 U.S.C. § 636(c).  Both the district court judge assigned to the

21   case and the magistrate judge must approve the reference to the magistrate judge.  E.D. Cal.

22   R. 305(b).

23          The undersigned has reviewed the file herein and recommends that the above-captioned

24   case be reassigned and referred to the magistrate judge for all further proceedings and entry of

25   final judgment.

26   ///

27   ///

28   ///

                                             1

IT IS HEREBY ORDERED that

1.  The Clerk of the Court reassign this case to the Honorable Allison Claire.  The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear the following case number: 2:15-cv-0997 AC.

2.  All dates currently set before Judge England are hereby VACATED.

IT IS SO ORDERED.

Dated:  October 24, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE


Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: October 24, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2