UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ SINGH and KAREN SINGH a/k/a KIRAN RAWAT,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO,<br><br>Defendant. | No. 2:15-cv-0997 AC PS<br><br>ORDER |

Plaintiffs have filed a motion for discovery. ECF No. 47. This motion reiterates requests and arguments that were previously raised by plaintiffs in their Motion to Amend, which was heard on January 24, 2018 and denied on January 26, 2018. See ECF Nos. 45, 46. As the undersigned explained at the recent hearing and in the order that followed, discovery has been closed since November 10, 2017. The final date to file a motion to compel discovery was October 10, 2017. See ECF No. 38 (Pretrial Scheduling Order). Plaintiffs did not file a timely motion to compel or seek a modification of the Scheduling Order prior to the close of discovery, and failed to show good cause to reopen discovery after the fact. ECF No. 46.

Nothing in the most recent motion provides grounds for this court to reconsider its prior order. "A party seeking reconsideration must show more than a disagreement with the Court's decision, and recapitulation of the cases and arguments considered by the court before rendering its original decision fails to carry the moving party's burden." United States v. Westlands Water

1

1 | <u>Dist.</u>, 134 F. Supp. 2d 1111, 1131 (E.D. Cal. 2001) (internal quotation marks omitted). Here, plaintiffs have identified no changed facts or circumstances to support reconsideration. <u>See</u> Local Rule 230(j) (requiring showing of "new or different facts or circumstances. . . which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion"). All of the arguments presented in the present motion were previously raised at hearing on the Motion To Amend and were rejected.

Accordingly, IT IS HEREBY ORDERED that plaintiffs' motion for discovery, ECF No. 47, is DENIED.

DATED: January 30, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE