UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ SINGH and KAREN SINGH a/k/a KIRAN RAWAT,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:15-cv-0997 AC PS<br><br><br><u>ORDER</u> |

On May 11, 2018, defendant filed a motion for summary judgment. ECF No. 55. The hearing on the motion was set for June 13, 2018. <u>Id.</u> Plaintiff has not responded to the motion.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Local Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of June 13, 2018 is CONTINUED to June 20, 2018, at 10:00 a.m. in Courtroom No. 26; and

2. Plaintiff shall file an opposition – or a Statement of Non-Opposition – to the motion, no later than June 6, 2018. Failure to file an opposition or to appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: June 1, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE