UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ SINGH and KAREN SINGH a/k/a KIRAN RAWAT,

Plaintiffs,

v.

CITY OF SACRAMENTO,

Defendant.

No. 2:15-cv-0997 AC (PS)

ORDER TO SHOW CAUSE

On May 11, 2018, defendant filed a motion for summary judgment. ECF No. 55. The hearing was set for June 13, 2018. Id. The plaintiffs did not respond to the motion. As a result, the undersigned issued an order continuing the hearing date of June 13, 2018 to June 20, 2018. ECF No. 56. Plaintiffs were ordered to file an opposition or statement of non-opposition to the motion no later than June 6, 2018, or risk dismissal of this action pursuant to Fed. R. Civ. Proc. 41(b). Id. The deadline has now passed and plaintiffs have not filed an opposition or statement of non-opposition to the motion or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing set for June 20, 2018 is VACATED, and defendant's motion for summary judgment (ECF No. 55) is submitted upon the record and briefs on file pursuant to Local Rule 230(c) & (g);

1

2. Plaintiffs are Ordered to Show Cause in writing, no later than June 21, 2018, why this action should not be dismissed for failure to prosecute; and

3. Plaintiffs are cautioned that failure to comply with this order will result in dismissal of this action pursuant to Fed. R. Civ. Proc. 41(b).

DATED: June 7, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE