UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH AND KAREN SINGH a/k/a KIRAN RAWAT,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO,<br><br>Defendant. | No.  2:15-cv-0997 AC<br><br><br>ORDER |

Plaintiffs are proceeding in this matter pro se, and accordingly this matter is referred to the undersigned pursuant to Local Rule 302(c)(21).  On October 8, 2024, plaintiffs filed a request to reinstate this case.  ECF No. 75.  The case was closed on March 26, 2019, and has been closed without any activity for more than five years.  ECF No. 69.  The court has already denied a motion for relief from judgment pursuant Fed. R. Civ. P. 60 and has informed plaintiffs in clear terms that the judgment is final.  ECF No. 70.  An appeal to the Ninth Circuit was dismissed on October 3, 2019.  ECF No. 74.  Plaintiffs are advised that documents they file in this closed case will be disregarded and no orders will issue.  Plaintiff's motion at ECF No. 75 will, accordingly, be vacated and will not be considered.

DATED: October 15, 2024

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE